*E-FILED: May 9, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS ROBERTS,<br><br>      Plaintiff,<br>  v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.,<br><br>      Defendant.<br>_____/ | No. C12-05302 HRL<br><br>**ORDER CONTINUING HEARING RE PLAINTIFF'S SUMMARY JUDGMENT MOTION** |

This court previously granted defendant's Fed. R. Civ. P. 56(d) motion for a continuance on the issue whether plaintiff is exempt from overtime compensation under the Fair Labor Standards Act's Motor Carrier Exemption, 29 U.S.C. § 213(b)(1). Plaintiff's summary judgment motion as to that issue was set for further briefing and a June 4, 2013 hearing. Defendant has now filed its supplemental opposition papers, along with its affirmative cross-motion for summary judgment on the same issue, noticed for a June 11, 2013 hearing. Accordingly, the hearing on plaintiff's motion is continued, and the court will hear both motions on June 11, 2013, 10:00 a.m. The deadlines re supplemental briefing on plaintiff's motion remain as set in the court's March 15, 2013 order (Dkt. No. 36).

SO ORDERED.

Dated: May 9, 2013



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-05302-HRL Notice has been electronically mailed to:

Christopher Chad McNatt , Jr    cmcnatt@scopelitis.com, mlazo@scopelitis.com

Christopher James Eckhart    ceckhart@scopelitis.com, nberry@scopelitis.com

Megan E. Ross    mross@michaeltracylaw.com

Michael Lion Tracy    mtracy@michaeltracylaw.com, calendar@michaeltracylaw.com