1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN E. ROSS, ESQ., SBN 227776
3  MROSS@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA 92614
   T: (949) 260-9171
6  F: (866) 365-3051

FILED

AUG 28 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

7  Attorneys for Plaintiff Douglas Roberts

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11  DOUGLAS ROBERTS, AN INDIVIDUAL;  Case No.: 5:12-cv-05302-HRL
                                     COURT RULINGS RE
12       Plaintiff,                  PLAINTIFF'S OBJECTIONS TO
                                     DECLARATIONS OF ANNELISA
13  vs.                              SHAW AND ROBERT PENICKS
14                                   OFFERED IN SUPPORT OF
    TRIMAC TRANSPORTATION SERVICES   DEFENDANT'S REPLY
15  (WESTERN), INC., A DELAWARE
    CORPORATION; ,
16                                   Hearing Date: August 27, 2013, 10:00am
         Defendant.                  Judge: Hon. Howard R. Lloyd
17                                   Depart: #2, Fifth Floor

18                                   Date Filed: October 15, 2012
19                                   Trial Date: NONE SET

20

21       Pursuant to Local Rule 7-3(d)(1), Plaintiff Douglas Roberts hereby objects to the
22
23  Declarations of Annelisa Shaw ("Dec. Shaw") (Document #56-3) and Robert Penicks
24  ("Dec. Penicks") (Document #56-2) offered in support of Defendant's Reply Memorandum
25  in support of its Motion for Partial Summary Judgment on Plaintiff's Meal Break Claims.
26
27
28

-1-
OBJECTIONS TO REPLY EVIDENCE

| | Statement | Location | Objection | Ruling |
|---|---|---|---|---|
| 1.. | "The U.S. Employee Handbook specifically states in Paragraph 50 that it does not cover all aspects of the employee's employment and that employees should consult the Human Resource Department regarding any questions they had." | Dec. Shaw, ¶5 Pg. 2 Lines: 9-11 | Best Evidence FRE 1002. The best evidence of the content of the employee handbook is the handbook itself. That language does not appear to be included in paragraph 50. | ✓ Sustained ___ Overruled |
| 2. | "State specific requirements were handled at the branch level." | Dec. Shaw, ¶5 Pg. 2 Line 12 | Lacks personal knowledge FRE 602 | ___ Sustained ✓ Overruled |
| 3.. | "To the contrary, the drivers are excluded from the U.S. Employee Handbook's general guidance on meal and rest breaks because drivers are subject to other rules and regulations regarding when they can take meal breaks." | Dec. Shaw, ¶5 Pg. 2 Lines: 13-15 | Lacks personal knowledge FRE 602  Best Evidence FRE 1002. | ___ Sustained ✓ Overruled  ___ Sustained ✓ Overruled |
| 4. | "Specifically U.S. Department of Transportation regulations have specific guidance on when drivers can log duty as off-duty time to take a break when they are transporting freight, and drivers are explained these regulations at the Trimac Learning Center when they are first hired." | Dec. Shaw, ¶5 Pg. 2 Lines: 16-18 | Lacks personal knowledge FRE 602 | ___ Sustained ✓ Overruled |

| # | Statement | Citation | Objection | Ruling |
|---|---|---|---|---|
| 5. | "Drivers are also excluded from the U.S. Employee Handbook's guidance on meal and rest breaks because it states that the employees' supervisors would schedule their breaks." | Dec. Shaw, ¶5<br><br>Pg. 2<br>Lines: 18-20 | Lacks personal knowledge FRE 602<br><br>Best Evidence FRE 1002. | ___ Sustained<br>✓ Overruled<br><br>___ Sustained<br>✓ Overruled |
| 6. | "However, drivers' breaks are not scheduled by the Branch Managers." | Dec. Shaw, ¶5<br>Pg. 2,<br>Lines: 20-21 | Lacks personal knowledge FRE 602 | ___ Sustained<br>✓ Overruled |
| 7. | "Consistent with Trimac's policy, the Branch Managers inform the drivers of their right to a duty-free meal break (and a second duty-free meal break if the driver works more than 10 hours), and the drivers are free to take their breaks any time during their shifts." | Dec. Shaw, ¶5<br><br>Pg. 2<br>Lines: 21-23 | Lacks personal knowledge FRE 602 | ✓ Sustained<br>___ Overruled |
| 8. | "At Trimac, meal and rest breaks are left up to the individual driver, and the driver has options as to when he or she can take their breaks." | Dec. Penicks, ¶5 | Lacks personal knowledge FRE 602 | ___ Sustained<br>✓ Overruled |
| 9. | "Drivers that I have trained out of Santa Clara usually have about three or so trips per day, meaning they are driving to a customer's facility and back to the Trimac terminal at least three times per day." | Dec. Penicks, ¶6 | Lacks personal knowledge FRE 602 | ___ Sustained<br>✓ Overruled |
| 10. | "These drivers have the opportunity to take breaks throughout their day, but particularly during the unloading process either at the customer's facility or in the break room at the Trimac terminal while product is loaded at the Santa Clara facility." | Dec. Penicks, ¶7 | Lacks personal knowledge FRE 602 | ✓ Sustained<br>___ Overruled |

| # | Quote | Citation | Objection | Ruling |
|---|---|---|---|---|
| 11. | "Most drivers that I train bring their lunches with them in the truck so that they have the option to eat it during unloading at the customer's facility or loading at the Santa Clara facility." | Dec. Penicks, ¶8 | Lacks personal knowledge FRE 602 | ___ Sustained<br>✓ Overruled |
| 12. | "Some drivers also leave their lunches in the refrigerator in the Trimac break room so they can eat when they get back from the customer's facility and product is being loaded onto a trailer by Air Products' employees." | Dec. Penicks, ¶9 | Lacks personal knowledge FRE 602 | ✓ Sustained<br>___ Overruled |
| 13. | "<u>I have also stopped for trainees to pick up something to eat as needed,</u> but most guys understand it is easier to bring something along due to the difficulty of parking our trucks at traditional restaurants." | Dec. Penicks, ¶10<br>OVERRULED RE UNDERLINED TEXT; OTHERWISE SUSTAINED | Lacks personal knowledge FRE 602 | ___ Sustained<br>___ Overruled |
| 14. | "Drivers always have the ability to take breaks of at least 30 minutes, particularly because they are able to eat while their trucks are being loaded or unloaded either at the Trimac terminal or at the customer's facility." | Dec. Penicks, ¶11 | Lacks personal knowledge FRE 602 | ✓ Sustained<br>___ Overruled |
| 15. | "Everybody understands they can take a break, <u>and I have never felt pressured to skip a break. I have also never pressured anyone to not take a break or told anyone they could not take a break.</u>" | Dec. Penicks, ¶12<br>OVERRULED RE UNDERLINED TEXT; OTHERWISE SUSTAINED | Lacks personal knowledge FRE 602 | ___ Sustained<br>___ Overruled |
| 16. | "The loading process typically takes about 45 minutes to one hour and is overseen by Air Products' employees, providing plenty of time to eat." | Dec. Penicks, ¶13 | Lacks personal knowledge FRE 602 | ___ Sustained<br>✓ Overruled |

| | | | | |
|---|---|---|---|---|
| 17. | "Drivers might put pressure on themselves to get their deliveries done as quickly as possible in order to get home to their families quicker~ but Trimac does not apply any pressure to skip meal or rest breaks." | Dec. Penicks, ¶14 | Lacks personal knowledge FRE 602 OVERRULED RE UNDERLINED TEXT; OTHERWISE SUSTAINED | __ Sustained __ Overruled |
| 18. | "We drivers sometimes work 12 or even 14 hour days. Drivers and trainees are able to take and do take second meal breaks on particularly long days, as there is always time to do so during the loading process." | Dec. Penicks, ¶17 | Lacks personal knowledge FRE 602 OVERRULED RE UNDERLINED TEXT; OTHERWISE SUSTAINED | __ Sustained __ Overruled |
| 19. | "Trimac actually provides some food, including sandwiches, at the Santa Clara terminal so that drivers or trainees can still eat if they forgot to bring something for lunch. Other terminals also offer this service, which I think is nice for the drivers and trainees." | Dec. Penicks, ¶20 | Relevance FRE 402 OVERRULED RE UNDERLINED TEXT; OTHERWISE SUSTAINED | __ Sustained __ Overruled |

DATED: August 15, 2013

LAW OFFICES OF MICHAEL TRACY

By: /s/ Megan E. Ross
MEGAN E. ROSS Attorney for Plaintiff Douglas Roberts

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE
DATE: 8/28/13