1  MICHAEL L. TRACY, ESQ., SBN 237779
2  MTRACY@MICHAELTRACYLAW.COM
   MEGAN E. ROSS, ESQ., SBN 227776
3  MROSS@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

**FILED**

SEP 3 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

7  Attorneys for Plaintiff Douglas Roberts

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11  DOUGLAS ROBERTS , AN INDIVIDUAL;   Case No.: 5:12-cv-05302-HRL

    COURT RULINGS RE
12        Plaintiff,                   **OBJECTIONS TO DECLARATION OF**
                                       **DAN O'CONNOR IN SUPPORT OF**
13        vs.                          **PLAINTIFF'S REPLY TO MOTION OF**
                                       **PARTIAL SUMMARY JUDGMENT**
14
    TRIMAC TRANSPORTATION SERVICES
15  (WESTERN), INC., A DELAWARE         (RE: DOCKET No. 39-1)
    CORPORATION; ,
16
17        Defendant.
18
19        PLAINTIFF DOUGLAS ROBERTS objects to the following statements from the

20  Declaration of Dan O'Connor in support of Plaintiff's Reply to Motion for Partial Summary

21  Judgment.
22
23
24
25
26
27
28

                              -1-
                    OBJECTIONS TO DECLARATION

| Obj. No. | Statement | Location | Objection | Ruling |
|---|---|---|---|---|
| 1. | "When new drivers were hired, I explained to them that Air Products controlled dispatching, that some of the legs that were dispatched were out-of-state legs, and that the drivers may be required to haul an out-of-state leg." | 2:16-18<br><br>¶4 | Lacks personal knowledge, FRE 602. Compare Paragraph 7, stating that Air Products, not the Declarant, controlled the dispatching of legs and provided dispatch instructions directly to the drivers without the Declarant being part of the process. | __ Sustained<br>✓ Overruled |
| 2. | ". . . . all of the Santa Clara Drivers were eligible for and subject to being dispatched on out-of-state deliveries. " | 3:4-5<br><br>¶6 | Lacks personal knowledge, FRE 602. Compare Paragraph 7, stating that Air Products, not the Declarant, controlled the dispatching of legs and provided dispatch instructions directly to the drivers without the Declarant being part of the process. | ✓ Sustained<br>__ Overruled |
| 3. | ". . . I and other individuals at Trimac were asked to analyze the "TMW" information for all of the legs that were dispatched out of the Santa Clara Branch. " | 3:27-4:2<br><br>¶10 | Lacks personal knowledge, FRE 602. These amorphous "other individuals" performed some or all of the analysis. However, the Declarant lacks personal knowledge regarding the analysis performed by these other individuals located at Trimac, and the methods of calculation are not explained. | __ Sustained<br>✓ Overruled |

OBJECTIONS TO DECLARATION

| | | | | | |
|---|---|---|---|---|---|
| | | | | Hearsay, FRE 802. To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay. | ✓ Sustained<br><br>___ Overruled |
| | | | | Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | ___ Sustained<br><br>✓ Overruled |
| 4. | "To determine the total number of Santa Clara Drivers that were dispatched on an out-of-state leg from 2008 to 2010 for the Summary, we sorted the TMW information relating to the  Santa Clara Drivers to identify any of the following three categories of legs: (1) legs that originated in California with an out-of-state destination, (2) legs that originated out-of-state with a California destination, and (3) legs that originated out-of-state with an out-of-state destination. Once these legs were identified, we simply | 4:8-15<br><br>¶11 | | Lacks personal knowledge, FRE 602. These amorphous "other individuals" performed some or all of the analysis.  However, the Declarant lacks personal knowledge regarding the analysis performed by these other individuals located at Trimac, and the methods of calculation are not explained.<br><br><br><br>Hearsay, FRE 802.  To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, | ✓ Sustained<br><br>___ Overruled<br><br><br><br><br><br>SUSTAINED<br><br><br><br>OVERRULED |

OBJECTIONS TO DECLARATION

| | | | | | |
|---|---|---|---|---|---|
| | | counted the number of individual drivers that were identified on these out-of-state loads and divided that number by the total number of Santa Clara Drivers, 25, to arrive at a percentage." | | but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | |
| | 5. | "To determine the percentage of total legs that were out-of-state legs in 2008, 2009, and 2010 for the Summary, we simply analyzed the TMW information that was already sorted to identify the out-of-state legs. For each year, we determined the total number of out-of-state legs, the total number of all legs, and divided the out-of-state legs by the total legs to arrive at a percentage." | 4:16-19<br><br>¶12 | Lacks personal knowledge, FRE 602. These amorphous "other individuals" performed some or all of the analysis. However, the Declarant lacks personal knowledge regarding the analysis performed by these other individuals located at Trimac, and the methods of calculation are not explained.<br><br>Hearsay, FRE 802. To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | ✓ Sustained<br><br>__ Overruled<br><br><br><br><br>SUSTAINED<br><br><br><br>OVERRULED |
| | 6. | "To determine the percentage of total miles that were driven on out-of-state | 4:20-5:2<br><br>¶13 | Lacks personal knowledge, FRE 602. These amorphous "other individuals" performed | ✓ Sustained<br><br>__ Overruled |

-4-

| | |
|---|---|
| legs in 2008, 2009, and 2010 for the Summary, we first had to filter out some of the legs on which more than one Santa Clara Driver was dispatched by Air Products. This occurred when a team operation was dispatched on the leg. Because both drivers were dispatched on the leg, the mileage information reported the total number of miles on the leg for each of them. Where a leg number appeared more than once in the information, we only counted the mileage for that leg number once. After we filtered the information, we calculated the total number of miles for all legs for each year. We then sorted the information to identify the out-of-state legs for each year in the same manner discussed above. We then calculated the total number of miles on the out-of-state legs for each year and divided by the total number of miles on all legs for each year | some or all of the analysis.  However, the Declarant lacks personal knowledge regarding the analysis performed by these other individuals located at Trimac, and the methods of calculation are not explained.

Hearsay, FRE 802.  To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.    **SUSTAINED**

Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis.    **OVERRULED** |

OBJECTIONS TO DECLARATION

| | | | | |
|---|---|---|---|---|
| 1 | | to arrive at a percentage." | | | ✓ |
| 2 | 7. | ". . . . he was eligible to be dispatched on any Air Products' leg, and was subject to being dispatched by Air Products on an interstate leg." | 5:7-9 ¶14 | Lacks personal knowledge, FRE 602. Compare Paragraph 7, stating that Air Products, not the Declarant, controlled the dispatching of legs and provided dispatch instructions directly to the drivers without the Declarant being part of the process. | ✓ Sustained ___ Overruled |
| 8. | When he was first employed, Roberts was dispatched on a leg from Santa Clara, California, to Oregon. | 5:5-6 ¶14 | Lacks personal knowledge, FRE 602. | ___ Sustained ✓ Overruled |
| | | | Relevance. The statute of limitations on all claims in this matter would cut off any claims for the period when Roberts was first employed. | ___ Sustained ✓ Overruled |

DATED:  March 12, 2013

LAW OFFICES OF MICHAEL TRACY

/s/ Megan E. Ross

By:   _____

MEGAN E. ROSS Attorney for Plaintiff
Douglas Roberts

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE: __9/30/13__

-6-

OBJECTIONS TO DECLARATION

1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN E. ROSS, ESQ., SBN 227776
3  MROSS@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff Douglas Roberts

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11 DOUGLAS ROBERTS , AN INDIVIDUAL;   Case No.: 5:12-cv-05302-HRL
                                      COURT RULINGS RE
                                      PLAINTIFF'S OBJECTIONS TO
12         Plaintiff,                 DECLARATION OF VICENT G.
13    vs.                             CLARK USED IN SUPPORT OF
                                      DEFENDANT'S SUPPLEMENTAL
14                                    OPPOSITION TO MOTION OF
   TRIMAC TRANSPORTATION SERVICES     PARTIAL SUMMARY JUDGMENT
15 (WESTERN), INC., A DELAWARE
   CORPORATION; ,                     (RE: DOCKET NO. 44-5)
16
17         Defendant.

18

19       PLAINTIFF DOUGLAS ROBERTS objects to the Declaration of VICENT G.

20 CLARK used in support of Defendant's Supplemental Opposition to Motion for Partial

21 Summary Judgment.

22

23

24

25

26

27

28

                              -1-

| Obj. No. | Statement | Location | Objection | Ruling |
|---|---|---|---|---|
| 2. | "The purification process does not change the essential character of the argon. The product is 97% argon when it begins the process, and it is 99.99% argon when it is delivered to the customer." | 2:19-21 ¶5 | Legal conclusion. FRE 602. Calls for expert testimony, FRE 701. This declaration is based on chemical process and statistically analysis of such processing, but the Declarant has not been qualified under FRE 702 as an expert. | ___ Sustained  ✓ Overruled  OVERRULED |

DATED: May 14, 2013

LAW OFFICES OF MICHAEL TRACY

/s/ Megan E. Ross

By: _____

MEGAN E. ROSS Attorney for Plaintiff
Douglas Roberts

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE: 9/30/13

OBJECTIONS TO DECLARATION OF VINCENT G. CLARK

1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN E. ROSS, ESQ., SBN 227776
   MROSS@MICHAELTRACYLAW.COM
3  LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
   Irvine, CA 92614
5  T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff Douglas Roberts

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11  DOUGLAS ROBERTS , AN INDIVIDUAL;    Case No.: 5:12-cv-05302-HRL
                                        COURT RULINGS RE
12           Plaintiff,                 PLAINTIFF'S OBJECTIONS TO
                                        DECLARATION OF KEVIN
13       vs.                            DECELLES USED IN SUPPORT OF
                                        DEFENDANT'S SUPPLEMENTAL
14                                      OPPOSITION TO MOTION OF
    TRIMAC TRANSPORTATION SERVICES      PARTIAL SUMMARY JUDGMENT
15  (WESTERN), INC., A DELAWARE
    CORPORATION; ,                      (RE: DOCKET NO. 46-6)
16
17           Defendant.

18

19       PLAINTIFF DOUGLAS ROBERTS objects to the Declaration of KEVIN

20  DECELLES used in support of Defendant's Supplemental Opposition to Motion for Partial

21  Summary Judgment.

22

23

24

25

26

27

28

                                    -1-

| Obj. No. | Statement | Location | Objection | Ruling |
|---|---|---|---|---|
| 1. | "I have reviewed the documents attached to this declaration as *Exhibits 1*, 2, and 3 and compared them with the spreadsheet I created when I ran the queries. *Exhibit 1* is a true and accurate copy of the 2008 TMW information tab in the spreadsheet I created when I ran the query of the TMW database. *Exhibit 2* is a true and accurate copy of the 2009 TMW information tab in the spreadsheet I created when I ran the query of the TMW database. *Exhibit 3* is a true and accurate copy of the 2010 TMW information tab in the spreadsheet I created when I ran the query of the TMW database. The columns in the exhibits show the TMW system information for, among other things, the leg number, total miles, driver, branch, start date, origin state, leg completion date, destination state, and the commodity transported. The data | 3:19-26<br><br>4:1-3<br><br>¶7 | Hearsay, FRE 802. To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | __ Sustained<br>✓ Overruled<br><br><br><br>__ Sustained<br>✓ Overruled |

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | |
|---|---|---|---|---|
| 1 2 3 4 5 6 7 | | in these exhibits is the same data that was inputted into the TMW system. The only difference is the format. Trimac personnel regularly run reports similar to these 3 exhibits in the normal course of business." | | | |
| 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | 2. | "In preparing to provide this Declaration, I was asked to analyze the information provided in *Exhibits* 1-3 related to the legs dispatched to the following drivers: Randall Banks, Martin Baudoin, Michael Brogdon, Kerry Bushnell, Cary Carandang, Victor Cunningham, Thomas Darnell, Anthony Davis, Randal Gorshe, Raymond Greene, Robert Hass, Christopher Larsen, Michael Magee, Oleg Marchenko, Leo Mueller, Michael Myers, Robert Penicks, Ronald Phillips, Leland Pike, Douglas Roberts, George Sabilino, David Surgick, Rocky Torrecillas, Jason Vieth, and Christopher Wilks (the "Santa Clara | 4:4-25 5:1-3 ¶8 | Hearsay, FRE 802. To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | ___ Sustained<br>✓ Overruled<br><br>___ Sustained<br>✓ Overruled |

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

Drivers").
Specifically, I was
asked to identify the
following:

a. The total number
of Santa Clara
Drivers dispatched on
legs that were (1)
from CA to another
state, (2) between
two non-CA states,
and (3) from another
state to CA ("out-of-
state legs").

b. The total number
of Santa Clara
Drivers dispatched on
local California
deliveries
of argon in California
from 2008-2010.

c. The total number
of legs dispatched to
the Santa Clara
Drivers in 2008,
2009, and
2010.

d. The total number
of out-of-state legs
dispatched to the
Santa Clara Drivers
for 2008,2009,2010.

e. The total number
of legs of argon
dispatched to the
Santa Clara Drivers
for local delivery in
California in 2008,
2009, and 2010.

| | | | | |
|---|---|---|---|---|
| | | f. The total miles driven on all legs dispatched to the Santa Clara Drivers in 2008, 2009,2010.<br><br>g. The total miles driven on all legs dispatched to the Santa Clara Drivers on out-of-state legs in 2008,2009,2010.<br><br>h. The total number of miles driven on the legs of argon dispatched to the Santa Clara Drivers for local delivery in California in 2008, 2009, and 2010.<br><br>i. A list of the products that were hauled on out-of-state legs during 2008 and 2010." | | | |
| 3. | "A summary of my analysis of the information contained in *Exhibit 1-3* is attached to this declaration as *Exhibit 4* (the "Summary"). *Exhibit 4* contains three tables. The first table is titled "Summary of Santa Clara Drivers from 2008-2010." The second column of the first table shows the total number of Santa Clara Drivers | 5:11-21<br><br>¶10 | Lacks personal knowledge, FRE 602.<br><br>Hearsay, FRE 802. To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under | __ Sustained<br>✓ Overruled<br><br>→OVERRULED<br><br>__ Sustained<br>✓ Overruled |

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | |
|---|---|---|---|---|
| | | dispatched on either an out-of-state leg or local argon leg. This number was derived from combining the list of 20 Santa Clara Drivers that hauled a local argon leg and the 16 Santa Clara Drivers that hauled an out-of-state leg. The third column shows the percentage of Santa Clara Drivers who hauled those legs by dividing the number in the second column by 25, the number of Santa Clara Drivers. The fourth column shows the total number of Santa Clara Drivers who were dispatched on out-of-state legs. The fifth column shows the percentage of Santa Clara Drivers who hauled those legs by dividing the number in the second column by 25, the number of Santa Clara Drivers." | | FRE 702 as an expert in statistical analysis. | |
| 4. | The second table in the Summary is titled "Summary of Interstate Legs from 2008-2010." The second column of the table shows the total number of legs dispatched to Santa Clara Drivers in | 5:22-26<br><br>6:1-8<br><br>¶11 | Lacks personal knowledge, FRE 602.<br><br>Hearsay, FRE 802. To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay. | ___ Sustained<br>✓ Overruled<br><br>→ OVERRULED<br><br>___ Sustained |

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | ✓ Overruled |
|---|---|---|---|---|
| 2008, 2009, and 2010. Legs that were dispatched to more than one driver to complete were counted twice. The third column of the table shows the total number of out-of-state legs and  local argon legs that were dispatched in 2008, 2009, and 2010. The fourth column of the table shows the percentage of interstate legs compared to the total number of legs by dividing the number of legs in the third column by the number of legs in second column. The fifth column of the table shows total number of miles driven on all of the legs dispatched in 2008, 2009, and 2010. The sixth column of the table shows the number of miles on out-of-state legs and local argon legs. For the fifth and sixth columns, the miles related to legs that were dispatched to more than one driver were only counted once. Finally, the seventh column shows the percentage of | | Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | |

| | | | | |
|---|---|---|---|---|
| | | interstate miles driven by the Santa Clara Drivers by dividing the number of miles in the sixth column by the number of miles in the fifth column. | | | |
| 5. | The third table in the Summary is titled "Summary of Out-of-State Legs from 2008-2010." The second column of the table shows the total number of legs dispatched to Santa Clara Drivers in 2008, 2009, and 2010. Legs that were dispatched to more than one driver to complete were counted twice. The third column of the table shows the total number of out-of-state legs that were dispatched in 2008,2009, and 2010. The fourth column of the table shows the percentage of out-of-state legs compared to the total number of legs by dividing the number of legs in the third column by the number of legs in second column. The fifth column of the table shows total number of miles driven on all of the legs dispatched in | 6:9-20 ¶12 | Lacks personal knowledge, FRE 602. Hearsay, FRE 802.  To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay. Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | __ Sustained ✓ Overruled —OVERRULED __ Sustained ✓ Overruled |

-8-

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | | |
|---|---|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | | 2008, 2009, and 2010. The sixth column of the table shows the number of miles on out-of-state legs. For the fifth and sixth columns, the miles related to legs dispatched to more than one driver were only counted once. Finally, the seventh column shows the percentage of out-of-state miles driven by the Santa Clara Drivers by dividing the number of miles in the sixth column by the number of miles in the fifth column. | | | |
| 15<br>16<br>17<br>18<br>19 | 6. | The following products were hauled on out-of-state legs from 2008 to 2010: Argon, Nitrogen, Oxygen, Hydrogen Liquid Cryogenic, Helium, Helium Gaseous. | 6:21-22<br><br>¶13 | Lacks personal knowledge, FRE 602. | SUSTAINED |

DATED: May 14, 2013

LAW OFFICES OF MICHAEL TRACY

/s/ Megan E. Ross

IT IS SO ORDERED:

By:

MEGAN E. ROSS Attorney for Plaintiff Douglas Roberts

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE: 9/30/13

-9-

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN E. ROSS, ESQ., SBN 227776
MROSS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff Douglas Roberts

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS ROBERTS , AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC., A DELAWARE CORPORATION; ,<br><br>Defendant. | Case No.: 5:12-cv-05302-HRL<br>COURT RULINGS RE<br>**PLAINTIFF'S OBJECTIONS TO DECLARATION OF JANE DELISI USED IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL OPPOSITION TO MOTION OF PARTIAL SUMMARY JUDGMENT**<br><br>(RE: DOCKET NO. 46-7) |

PLAINTIFF DOUGLAS ROBERTS objects to the Declaration of JANE DELISI used in support of Defendant's Supplemental Opposition to Motion for Partial Summary Judgment.

| Obj. No. | Title | Location | Objection | Ruling |
|----------|-------|----------|-----------|--------|
| 1. | Declaration of Jane Delisi in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment | Document #43-9 | Failure to disclose the witness pursuant to Rule 26(a)(1). | __ Sustained<br>✓ Overruled |

DATED: May 14, 2013

LAW OFFICES OF MICHAEL TRACY

/s/ Megan E. Ross

By: _____

MEGAN E. ROSS Attorney for Plaintiff
Douglas Roberts

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE: ___9/30/13___

-2-

OBJECTIONS TO DECLARATION OF JANE DELISI

1 | MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
2 | MEGAN E. ROSS, ESQ., SBN 227776
MROSS@MICHAELTRACYLAW.COM
3 | LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
4 | Irvine, CA 92614
T: (949) 260-9171
5 | F: (866) 365-3051
6 |

7 | Attorneys for Plaintiff Douglas Roberts

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

11 | DOUGLAS ROBERTS , AN INDIVIDUAL; | Case No.: 5:12-cv-05302-HRL

COURT RULINGS RE
**PLAINTIFF'S OBJECTIONS TO
DECLARATION OF VICENT G.
CLARK USED IN SUPPORT OF
DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

12 | Plaintiff,

13 | vs.

14 |

15 | TRIMAC TRANSPORTATION SERVICES
(WESTERN), INC., A DELAWARE
16 | CORPORATION; ,

(RE: DOCKET No. 47-1)

17 | Defendant.

18 |

19 | PLAINTIFF DOUGLAS ROBERTS objects to the Declaration of VICENT G.

20 | CLARK used in support of Defendant's Motion for Partial Summary Judgment (Document

21 | #44-2).

22 |
23 |
24 |
25 |
26 |
27 |
28 |

| Obj. No. | Statement | Location | Objection | Ruling |
|---|---|---|---|---|
| 1. | "The purification process does not change the essential character of the argon. The product is 97% argon when it begins the process, and it is 99.99% argon when it is delivered to the customer." | 2:19-21 ¶5 | Legal conclusion. FRE 602. Calls for expert testimony, FRE 701. This declaration is based on chemical process and statistically analysis of such processing, but the Declarant has not been qualified under FRE 702 as an expert. | __ Sustained ✓ Overruled —OVERRULED |

DATED:  May 21, 2013

LAW OFFICES OF MICHAEL TRACY

/s/ Megan E. Ross

By: _____

MEGAN E. ROSS Attorney for Plaintiff
Douglas Roberts

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE: ___9/30/13___

OBJECTIONS TO DECLARATION OF VINCENT G. CLARK

1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN E. ROSS, ESQ., SBN 227776
3  MROSS@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff Douglas Roberts

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 DOUGLAS ROBERTS , AN INDIVIDUAL; | Case No.: 5:12-cv-05302-HRL
                                      COURT RULINGS RE
12       Plaintiff,                   PLAINTIFF'S OBJECTIONS TO
                                      DECLARATION OF KEVIN
13       vs.                          DECELLES USED IN SUPPORT OF
                                      DEFENDANT'S MOTION FOR
14                                    PARTIAL SUMMARY JUDGMENT
   TRIMAC TRANSPORTATION SERVICES
15 (WESTERN), INC., A DELAWARE
   CORPORATION; ,                     (RE: DOCKET NO. 47-2)
16
17       Defendant.

18

19       PLAINTIFF DOUGLAS ROBERTS objects to the Declaration of KEVIN

20 DECELLES used in support of Defendant's Motion for Partial Summary Judgment

21 (Document #44-8).

22

23

24

25

26

27

28

-1-
OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| Obj. No. | Statement | Location | Objection | Ruling |
|---|---|---|---|---|
| 1. | "I have reviewed the documents attached to this declaration as *Exhibits 1*, 2, and 3 and compared them with the spreadsheet I created when I ran the queries. *Exhibit 1* is a true and accurate copy of the 2008 TMW information tab in the spreadsheet I created when I ran the query of the TMW database. *Exhibit 2* is a true and accurate copy of the 2009 TMW information tab in the spreadsheet I created when I ran the query of the TMW database. *Exhibit 3* is a true and accurate copy of the 2010 TMW information tab in the spreadsheet I created when I ran the query of the TMW database. The columns in the exhibits show the TMW system information for, among other things, the leg number, total miles, driver, branch, start date, origin state, leg completion date, destination state, and the commodity transported. The data | 3:19-26<br><br>4:1-3<br><br>¶7 | Hearsay, FRE 802.  To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | __ Sustained<br>✓ Overruled<br><br><br>__ Sustained<br>✓ Overruled |

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | | |
|---|---|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | | in these exhibits is the same data that was inputted into the TMW system. The only difference is the format. Trimac personnel regularly run reports similar to these 3 exhibits in the normal course of business." | | | |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 2. | "In preparing to provide this Declaration, I was asked to analyze the information provided in *Exhibits* 1-3 related to the legs dispatched to the following drivers: Randall Banks, Martin Baudoin, Michael Brogdon, Kerry Bushnell, Cary Carandang, Victor Cunningham, Thomas Darnell, Anthony Davis, Randal Gorshe, Raymond Greene, Robert Hass, Christopher Larsen, Michael Magee, Oleg Marchenko, Leo Mueller, Michael Myers, Robert Penicks, Ronald Phillips, Leland Pike, Douglas Roberts, George Sabilino, David Surgick, Rocky Torrecillas, Jason Vieth, and Christopher Wilks (the "Santa Clara | 4:4-25<br><br>5:1-3<br><br>¶8 | Hearsay, FRE 802.  To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | ___ Sustained<br>✔ Overruled<br><br><br><br>___ Sustained<br>✔ Overruled |

| | | | | |
|---|---|---|---|---|
| 1 | | Drivers"). Specifically, I was asked to identify the following: | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | a. The total number of Santa Clara Drivers dispatched on legs that were (1) from CA to another state, (2) between two non-CA states, and (3) from another state to CA ("out-of-state legs"). | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | b. The total number of Santa Clara Drivers dispatched on local California deliveries of argon in California from 2008-2010. | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | c. The total number of legs dispatched to the Santa Clara Drivers in 2008, 2009, and 2010. | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | d. The total number of out-of-state legs dispatched to the Santa Clara Drivers for 2008,2009,2010. | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | e. The total number of legs of argon dispatched to the Santa Clara Drivers for local delivery in California in 2008, 2009, and 2010. | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |

-4-

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | |
|---|---|---|---|---|
| f. The total miles driven on all legs dispatched to the Santa Clara Drivers in 2008, 2009,2010.<br><br>g. The total miles driven on all legs dispatched to the Santa Clara Drivers on out-of-state legs in 2008,2009,2010.<br><br>h. The total number of miles driven on the legs of argon dispatched to the Santa Clara Drivers for local delivery in California in 2008, 2009, and 2010.<br><br>i. A list of the products that were hauled on out-of-state legs during 2008 and 2010." | | | | |
| 3. | "A summary of my analysis of the information contained in *Exhibit 1-3* is attached to this declaration as *Exhibit 4* (the "Summary"). *Exhibit 4* contains three tables. The first table is titled "Summary of Santa Clara Drivers from 2008-2010." The second column of the first table shows the total number of Santa Clara Drivers | 5:11-21<br><br>¶10 | Lacks personal knowledge, FRE 602.<br><br>Hearsay, FRE 802.  To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under | __ Sustained<br>✓ Overruled<br><br>→OVERRULED<br><br>__ Sustained<br>✓ Overruled |

-5-

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | | |
|---|---|---|---|---|---|
| | | dispatched on either an out-of-state leg or local argon leg. This number was derived from combining the list of 20 Santa Clara Drivers that hauled a local argon leg and the 16 Santa Clara Drivers that hauled an out-of-state leg. The third column shows the percentage of Santa Clara Drivers who hauled those legs by dividing the number in the second column by 25, the number of Santa Clara Drivers. The fourth column shows the total number of Santa Clara Drivers who were dispatched on out-of-state legs. The fifth column shows the percentage of Santa Clara Drivers who hauled those legs by dividing the number in the second column by 25, the number of Santa Clara Drivers." | | FRE 702 as an expert in statistical analysis. | |
| 4. | | "The second table in the Summary is titled "Summary of Interstate Legs from 2008-2010." The second column of the table shows the total number of legs dispatched to Santa Clara Drivers in | 5:22-26<br><br>6:1-8<br><br>¶11 | Lacks personal knowledge, FRE 602.<br><br>Hearsay, FRE 802. To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay. | ___ Sustained<br><br>✓ Overruled<br><br>→ OVERRULED<br><br>___ Sustained |

-6-

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | ✓ Overruled |
|---|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | | 2008, 2009, and 2010. Legs that were dispatched to more than one driver to complete were counted twice. The third column of the table shows the total number of out-of-state legs and  local argon legs that were dispatched in 2008, 2009, and 2010. The fourth column of the table shows the percentage of interstate legs compared to the total number of legs by dividing the number of legs in the third column by the number of legs in second column. The fifth column of the table shows total number of miles driven on all of the legs dispatched in 2008, 2009, and 2010. The sixth column of the table shows the number of miles on out-of-state legs and local argon legs. For the fifth and sixth columns, the miles related to legs that were dispatched to more than one driver were only counted once. Finally, the seventh column shows the percentage of | | Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | |

| | | | | | |
|---|---|---|---|---|---|
| | | interstate miles driven by the Santa Clara Drivers by dividing the number of miles in the sixth column by the number of miles in the fifth column." | | | |
| | 5. | "The third table in the Summary is titled "Summary of Out-of-State Legs from 2008-2010." The second column of the table shows the total number of legs dispatched to Santa Clara Drivers in 2008, 2009, and 2010. Legs that were dispatched to more than one driver to complete were counted twice. The third column of the table shows the total number of out-of-state legs that were dispatched in 2008,2009, and 2010. The fourth column of the table shows the percentage of out-of-state legs compared to the total number of legs by dividing the number of legs in the third column by the number of legs in second column. The fifth column of the table shows total number of miles driven on all of the legs dispatched in | 6:9-20<br><br>¶12 | Lacks personal knowledge, FRE 602.<br><br>Hearsay, FRE 802.  To the extent that the Declarant is attempting to introduce into evidence the contents of these "TMW" reports, the contents are hearsay.<br><br>Calls for expert testimony, FRE 701. This declaration is based on statistical analysis, but the Declarant has not been qualified under FRE 702 as an expert in statistical analysis. | __ Sustained<br>✓ Overruled<br><br>—OVERRULED<br><br>__ Sustained<br>✓ Overruled |

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

| | | | | | |
|---|---|---|---|---|---|
| | 2008,2009, and 2010. The sixth column of the table shows the number of miles on out-of-state legs. For the fifth and sixth columns, the miles related to legs dispatched to more than one driver were only counted once. Finally, the seventh column shows the percentage of out-of-state miles driven by the Santa Clara Drivers by dividing the number of miles in the sixth column by the number of miles in the fifth column." | | | | |
| 6. | "The following products were hauled on out-of-state legs from 2008 to 2010: Argon, Nitrogen, Oxygen, Hydrogen Liquid Cryogenic, Helium, Helium Gaseous." | 6:21-22 ¶13 | Lacks personal knowledge, FRE 602. | SUSTAINED |

DATED:  May 21, 2013

LAW OFFICES OF MICHAEL TRACY

/s/ Megan E. Ross

IT IS SO ORDERED:                                    By:

MEGAN E. ROSS Attorney for Plaintiff
Douglas Roberts

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE:  9/30/13

OBJECTIONS TO DECLARATION OF KEVIN DECELLES

1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN E. ROSS, ESQ., SBN 227776
   MROSS@MICHAELTRACYLAW.COM
3  LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
   Irvine, CA 92614
5  T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff Douglas Roberts

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11 DOUGLAS ROBERTS , AN INDIVIDUAL;   Case No.: 5:12-cv-05302-HRL
                                      COURT RULINGS RE
12          Plaintiff,               PLAINTIFF'S OBJECTIONS TO
                                     DECLARATION OF JANE DELISI
13          vs.                      USED IN SUPPORT OF DEFENDANT'S
                                     MOTION OF PARTIAL SUMMARY
14 TRIMAC TRANSPORTATION SERVICES    JUDGMENT
15 (WESTERN), INC., A DELAWARE
   CORPORATION; ,                    (RE: DOCKET NO. 47-3)
16
17          Defendant.

18

19        PLAINTIFF DOUGLAS ROBERTS objects to the Declaration of JANE DELISI

20 used in support of Defendant's Motion for Partial Summary Judgment.

21

22

23

24

25

26

27

28

                              -1-

| Obj. No. | Title | Location | Objection | Ruling |
|----------|-------|----------|-----------|--------|
| 1. | Declaration of Jane Delisi in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment | Document #44-9 | Failure to disclose the witness pursuant to Rule 26(a)(1). | __ Sustained  ✓ Overruled |

DATED: May 21, 2013

LAW OFFICES OF MICHAEL TRACY

/s/ Megan E. Ross

By: _____

MEGAN E. ROSS Attorney for Plaintiff Douglas Roberts

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE: ___9/30/13___

-2-

OBJECTIONS TO DECLARATION OF JANE DELISI