\*E-FILED: October 1, 2013\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ROBERTS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN), INC.; a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 5:12-cv-05302 HRL<br><br>**ORDER GRANTING IN PART JOINT REQUEST FOR EXTENSION OF TIME**<br><br>[Re: Dkt. No. 65] |

The parties' request for an extension of time to file their pretrial papers is granted in part as follows: The deadline for the parties' pretrial filings required by Section B of the undersigned's Standing Order re Pretrial Preparation is extended to October 3, 2013. The deadline for pretrial filings required by Section C of the Standing Order re Pretrial Preparation remains set for October 8, 2013.

**SO ORDERED**.

Dated: October 1, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:12-cv-05302-HRL Notice has been electronically mailed to:**

Christopher Chad McNatt , Jr     cmcnatt@scopelitis.com, mlazo@scopelitis.com

Christopher James Eckhart     ceckhart@scopelitis.com, nberry@scopelitis.com

Megan E. Ross     mross@michaeltracylaw.com

Michael Lion Tracy     mtracy@michaeltracylaw.com, calendar@michaeltracylaw.com