MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN E. ROSS, ESQ., SBN 227776
MROSS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff Douglas Roberts

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Tel.: (626) 795-4700
Fax: (626) 795-4790

Christopher J. Eckhart
Admitted Pro Hac Vice
ceckhart@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1500
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant,
Trimac Transportation Services (Western) Inc.

FILED
OCT 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN) INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:12-cv-05302-HRL<br><br>Assigned to the Honorable Howard R. Lloyd<br><br>**NOTICE OF RESOLUTION** |

Plaintiff, Douglas Roberts, and Defendant, Trimac Transportation Services (Western) Inc., by and through their undersigned counsel, state as follows:

1. Whereas this matter is set for a Final Pretrial Conference on Tuesday, October 15, 2013, at 1:30 p.m.

2. Whereas the parties have agreed in principle to have judgment entered on Plaintiff's claims on specific terms and conditions, and preserving the rights of the parties to all appellate processes.

3. Therefore, the parties respectfully request the Court vacate the Final Pretrial Conference and grant the parties 14 days to submit a Stipulation requesting the Court to enter an Agreed Judgment proposed by the parties.

Dated: October 11, 2013

**FOR PLAINTIFF:**

*/s/Megan E. Ross*
Megan E. Ross

Attorney for Plaintiff,
Douglas Roberts

**FOR DEFENDANT:**

*/s/Christopher J. Eckhart*
Christopher J. Eckhart
Christopher C. McNatt, Jr.

Attorneys for Defendant,
Trimac Transportation Services
(Western) Inc.

4852-5707-9318, v. 2

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

DATE: 10/11/13