| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MICHAEL L. TRACY, ESQ., SBN 237779<br>MTRACY@MICHAELTRACYLAW.COM<br>MEGAN E. ROSS, ESQ., SBN 227776<br>MROSS@MICHAELTRACYLAW.COM<br>LAW OFFICES OF MICHAEL TRACY<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614<br>T: (949) 260-9171<br>F: (866) 365-3051<br><br>Attorneys for Plaintiff Douglas Roberts |

**FILED**

**OCT 1 1 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Tel.: (626) 795-4700
Fax: (626) 795-4790

Christopher J. Eckhart
Admitted Pro Hac Vice
ceckhart@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1500
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant,
Trimac Transportation Services (Western) Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS ROBERTS,<br><br>           Plaintiff,<br><br>vs.<br><br>TRIMAC TRANSPORTATION SERVICES (WESTERN) INC., a Delaware Corporation,<br><br>           Defendant. | Case No. 5:12-cv-05302-HRL<br><br>Assigned to the Honorable Howard R. Lloyd<br><br><br>**NOTICE OF RESOLUTION** |

Plaintiff, Douglas Roberts, and Defendant, Trimac Transportation Services (Western) Inc., by and through their undersigned counsel, state as follows:

1. Whereas this matter is set for a Final Pretrial Conference on Tuesday, October 15, 2013, at 1:30 p.m.

2. Whereas the parties have agreed in principle to have judgment entered on Plaintiff's claims on specific terms and conditions, and preserving the rights of the parties to all appellate processes.

3. Therefore, the parties respectfully request the Court vacate the Final Pretrial Conference and grant the parties 14 days to submit a Stipulation requesting the Court to enter an Agreed Judgment proposed by the parties.

Dated: October 11, 2013

**FOR PLAINTIFF:**

*/s/Megan E. Ross*
Megan E. Ross

Attorney for Plaintiff,
Douglas Roberts

**FOR DEFENDANT:**

*/s/Christopher J. Eckhart*
Christopher J. Eckhart
Christopher C. McNatt, Jr.

Attorneys for Defendant,
Trimac Transportation Services
(Western) Inc.

4852-5707-9318, v. 2

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE
DATE: 10/11/13

2
Case No. 5:12-cv-05302-HRL
Notice of Resolution